IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON GALINDO, as next friend and Conservator of the Estate of Samantha Behrens, a Minor;<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, ARCHER-DANIELS-MIDLAND COMPANY, ADM TRANSPORTATION COMPANY, and ALEXANDRIA AGUALLO,<br><br>Defendants. | 4:24CV3070<br><br>ORDER |

This matter comes before the Court on Defendant's Motion for Hearing (Filing No. 28) The court hereby denies the motion for the following reasons:

1. The parties fully briefed the issues.
2. A hearing would not materially assist the court.
3. The court has now addressed the motion and issued its Findings and Recommendation, making the request for hearing moot.

Dated this 17th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge